IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Condemnation of Fee Simple Title : 
to 0.069 Acres of Vacant Land and : 
Certain Easements Owned by : 
Brandywine Village Associates : 
(UPI # 30-5-226) and Condemnation : 
of Fee Simple Title to 1.93 Acres and : 
a Temporary Grading Easement Over : No. 1409 C.D. 2017
0.26 Acres of Vacant Land Owned by : 
 L&R Partnership and John R. : 
Cropper (UPI #30-2-47) for a Public : 
Sheet : 
 : 
Appeal of: Brandywine Village : 
Associates, L&R Partnership, and : 
John R. Cropper : 

## **O R D E R**

NOW, August 14, 2018, having considered appellants' application for

reargument and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge